UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIT XAVIER DELGADO,** : | |
| : | |
| Petitioner : | CIVIL NO. 1:16-CV-02196 |
| : | |
| vs. : | |
| : | |
| **PENNSYLVANIA DEPARTMENT** : | (Judge Rambo) |
| **OF CORRECTIONS, et al.,** : | |
| : | |
| Respondents : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Delgado's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                                s/Sylvia Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: December 27, 2016